UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
ST. PAUL DIVISION

| | |
|---|---|
| In the Matter of the Complaint of ) | |
| STEVEN SOMMER, Owner of the ) | Case No. 0:20-cv-02499 |
| Motor Vessel "SOMMER WINE" f/k/a ) | |
| "RAGAMA" for Exoneration From or ) | |
| Limitation of Liability, ) | |
| ) | In Admiralty |
| Plaintiff. ) | |

## STIPULATION OF COSTS

WHEREAS, a complaint has been filed in this Honorable Court by Plaintiff, Steven Sommer as owner of the vessel "SOMMER WINE" f/k/a the "RAGAMA", praying for exoneration from or limitation of liability pursuant to the provisions of 46 U.S.C. §§ 30501-30512, and statutes supplementary thereto and amendatory thereof, and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, for the reasons and causes set forth in the aforementioned complaint; and Plaintiff hereby consenting and agreeing that, in case of default on the part of the Plaintiff, execution may issue against his goods, chattels and lands, for the sum of $250.00;

NOW, THEREFORE, it is hereby stipulated and agreed, for the benefit of whom it may concern, that Plaintiff herein shall be and is hereby bound in the sum of $250.00, conditioned that Plaintiff shall pay all costs and expenses which shall be awarded against him by the final decree of this Court or upon appeal by the Appellate Court, should an appeal intervene.

EXECUTED in Minneapolis, Minnesota, this 9th day of December, 2020.

**STEVEN SOMMER**

By:   /s/ Mark G. Pryor #177738
Brown & Carlson
300 Highway 169 South, #500
Minneapolis, MN 55426
763.591-9950
mpryor@brownandcarlson.com
*Local Counsel for Plaintiff*

Shari L. Friedman (pro-hac pending)
William P. Ryan (pro-hac pending)
Marwedel, Minichello & Reeb, P.C.
303 W. Madison Street
Suite 1100
Chicago, IL 60606
312.445.5316
sfriedman@mmr-law.com
bryan@mmr-law.com
***Attorneys for Plaintiff***